UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-325-GCM
(3:02-cr-4-GCM-1)

| | |
|---|---|
| JULIUS LAMAR TURNER, | ) |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter is before the Court on Petitioner's Unopposed Motion to Hold Petitioner's Motion to Vacate in Abeyance, (Doc. No. 8), in which Petitioner seeks to stay these proceedings pending the Supreme Court's resolution of the certiorari petition in United States v. Brown, Appellate No. 16-7056.[1] Petitioner represents that counsel for Respondent has consented to the motion.

**IT IS HEREBY ORDERED** that Petitioner's Motion to Hold Petitioner's Motion to Vacate in Abeyance, (Doc. No. 8), is **GRANTED**. Petitioner shall have 30 days after the Supreme Court's ruling in Brown to file a Reply.

Signed: March 20, 2018

Graham C. Mullen
United States District Judge

---

[1] This case was previously stayed pursuant to Brown, but that stay expired after the Fourth Circuit issued its decision in that case. See (Doc. No. 7).